**Paul B. George, OSB No. 99009**
E-mail: georp@fosterpdx.com
**Carter M. Mann, OSB No. 96089**
E-mail: mannc@fosterpdx.com
**Matthew S. Kirkpatrick, OSB No. 08382**
E-mail: kirkm@fosterpdx.com
FOSTER PEPPER LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204-3171
Telephone: (503) 221-0607
Facsimile: (503) 221-1510

*Of Attorneys for PNL High Country, L.P. and
Federal Deposit Insurance Corporation as receiver for
IndyMac Bank, F.S.B.*


FILED
JAN 07 2009

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| PNL HIGH COUNTRY L.P.,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>EAGLE'S LOFT CONDOMINIUM, LLC, an Oregon limited liability company; VERITAS INVESTMENT CO., LLC, an Oregon limited liability company; JOHN SCHLEINING, an individual; DECAL OREGON, INC., an Oregon corporation; CALVIN BATY, JR., an individual; and WESTERN PROPERTY INVESTMENTS LLC, an Oregon limited liability company,<br><br>　　　　　　　Defendants. | Case No. 3:08-cv-01183-ST<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL**<br>(Dismissing with prejudice claims against defendants John Schleining, Decal Oregon, Inc., and Western Property Investments LLC, and terminated counterclaims against counterclaim defendant Federal Deposit Insurance Corporation as receiver for IndyMac Bank, F.S.B.; and dismissing without prejudice claims against Eagle's Loft Condominium, LLC) |

　　　　This matter came before the Court on January 5, 2009, on the Stipulated Motion to Dismiss with Prejudice as to Defendants John Schleining and DeCal Oregon, Inc. and Counterclaim Defendant Federal Deposit Insurance Corporation as receiver for IndyMac Bank, FSB, and to Dismiss without Prejudice as to Defendant Eagle's Loft Condominium, LLC ("Stipulated Motion"), dated December 19, 2008, filed by plaintiff PNL High Country, L.P.

("PNL") and former Counterclaim Defendant Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B., by and through their counsel of record, Foster Pepper LLP, by defendants Schleining and DeCal Oregon, Inc., by and through their counsel of record, Tonkon Torp LLP, and by defendant Eagle's Loft Condominium, LLC, by and through its counsel of record, Cable Huston Benedict Haagensen & Lloyd LLP.

The Court, having considered the Stipulated Motion of the above parties, and being fully advised,

ORDERS that the Stipulated Motion is GRANTED as follows:

1. PNL's claims and the action as against defendants DeCal Oregon, Inc., Schleining, and Western Property Investments, LLC, are DISMISSED WITH PREJUDICE and without attorney fees or costs to any party;

2. PNL's claims and the action as against defendant Eagle's Loft Condominium, LLC are DISMISSED WITHOUT PREJUDICE and without attorney fees or costs to any party, to afford PNL the ability to institute a judicial or nonjudicial foreclosure in the future if necessary to clear title to the property at issue, provided that said foreclosure (whether judicial or nonjudicial) shall be without personal recourse to Eagle's Loft Condominium, LLC for any deficiency. PNL shall have the right to prosecute this action or to pursue nonjudicial foreclosure against any parties other than defendants DeCal Oregon, Inc., Schleining, and Western Property Investments, LLC; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

3.  The counterclaims of Eagle's Loft Condominium, LLC, DeCal Oregon, Inc., and Schleining, previously terminated without prejudice, and the action as against former counterclaim defendant Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B. are DISMISSED WITH PREJUDICE and without attorney fees or costs to any party.

Dated: January 7, 2009.

_____
Judge Janice M. Stewart

Submitted by:

FOSTER PEPPER LLP
Paul B. George, OSB No. 99009
Carter M. Mann, OSB No. 96089
Matthew S. Kirkpatrick, OSB No. 08382
Of Attorneys for PNL High Country, L.P. and
Federal Deposit Insurance Corporation as receiver for
IndyMac Bank, F.S.B.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **ORDER** was served upon:

| | |
|---|---|
| Matt Goldberg | matt.goldberg@klgates.com |
| G. Frank Hammond | fhammond@chbh.com |
| Albert N. Kennedy | al.kennedy@tonkon.com |
| P Stephen Russell III | srussell@landye-bennett.com |
| Ava L. Schoen | avas@tonkon.com |
| Robert J. Vanden Bos | bob@vbcattorneys.com |
| J. Stephen Werts | swerts@cablehuston.com |
| Steven M. Wilker | steven.wilker@tonkon.com |
| Jacob K. Clifton, Jr. | jclifton@jclslaw.com |

[X]   as shown above to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing; and

| | |
|---|---|
| Western Property Investments, LLC<br>c/o Carolyn Baty, R/A<br>807 Washington Street, #103<br>Key West, FL 33040 | Veritas Investment Co., LLC<br>c/o P. Stephen Russell, III, R/A<br>Landye Bennett Blumstein LLP<br>1300 SW Fifth Ave., Suite 3500<br>Portland, OR 97201 |

[X]   by causing a copy thereof to be placed in a sealed envelope, postage prepaid, in the United States Mail at Portland, Oregon, on the date below.

DATED this 7th day of January, 2009.

                                          /s/   Paul B. George
                                    Paul B. George, OSB No. 99009
                                    Carter M. Mann, OSB No. 96089
                                    Matthew S. Kirkpatrick, OSB No. 08382

                                    Of Attorneys for PNL High Country, L.P.